# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:08-CV-369-DCK

| | | |
|---|---|---|
| **JEAN MATTHEWS and KAREN NICHOLS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **CEDAR FAIR, L.P., CEDAR FAIR MANAGEMENT, INC., and PARAMOUNT PARKS, INC.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiffs Jean Matthews and Karen Nichols for admission *pro hac vice* of Rudy John Huizenga, and it appearing to the Court under Local Rule 83.1(B) that Mr. Huizenga should be admitted *pro hac vice* as representing Plaintiffs Jean Matthews and Karen Nichols.

**IT IS THEREFORE ORDERED** that the motion is granted and that Rudy John Huizenga is admitted to practice before this Court *pro hac vice*.

Signed: October 7, 2008

David C. Keesler
United States Magistrate Judge