**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-369**

| | |
|---|---|
| **JEAN MATTHEWS AND KAREN NICHOLS,** | |
| **Plaintiffs,** | |
| v. | **ORDER** |
| **CEDAR FAIR, LP, CEDAR FAIR MANAGEMENT, INC., AND PARAMOUNT PARKS, INC.,** | |
| **Defendants.** | |

The motion of Defendants, Cedar Fair, LP, Cedar Fair Management, Inc., and Paramount Parks, Inc., to remand the above-entitled action to Mecklenburg County Superior Court, in which it was brought originally, having been consented to by Plaintiffs, and the court having considered the motion and notice of motion, the record transmitted to this court by the clerk of the Mecklenburg County Superior Court, and all the proceedings had previously, and it appearing to the court that the above-entitled action was removed to this court without jurisdiction, for the reason that both Plaintiffs and Defendant Cedar Fair, LP were citizens of the State of North Carolina at the time Defendants filed the notice of removal; now, therefore,

**IT IS ORDERED** that the above-entitled action be and it is remanded to the Mecklenburg County Superior Court.

Signed: June 1, 2009

David C. Keesler
United States Magistrate Judge